IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-109 |
| | ) | |
| TERRY JEROME BENJAMIN, JR. | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 24.) Therefore, a motions hearing is not necessary, and the pending motion is **MOOT**. (Doc. no. 14.)

SO ORDERED this 15th day of November, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA