UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-109 |
| | ) | |
| TERRY JROME BENJAMIN, JR. | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Kurt A. Worthington** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Kurt A. Worthington** be granted leave of absence for the following periods: **February 26, 2020 through February 28, 2020.**

**SO ORDERED**, this the 21st day of January, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA